NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Dennis M. Cavanaugh |
| v. | **ORDER** |
| JOSE N. OROZCO and TERRY BATTLE, | Case No. 07-900(DMC) |
| Appellants-Defendants. | |

This matter comes before the Court by Appellants/Defendants Jose N. Orozco and Terry Battle on motions for a new trial pursuant to FED. R. CRIM. P. 33. All parties request that the Court set a briefing schedule on the motions for new trial;

IT IS on this ___ day of June, 2008;

**ORDERED** that Appellant/Defendant Battle submit a memorandum of law to support his motion for a new trial on newly discovered evidence grounds via ECF with a Courtesy Copy to this Court by June 13, 2008; and it is further

**ORDERED** that the government submit a response to Appellant/Defendant Battle's memorandum via ECF with a Courtesy Copy to this Court by June 24, 2008.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         All Counsel of Record
            The Honorable Mark Falk, U.S.M.J.
            File