NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE N. OROZCO and TERRY BATTLE,<br><br>Appellants-Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Case No. 07-900(DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon Defendant Jose N. Orozco's ("Defendant Orozco") motion for a new trial pursuant to FED. R. CRIM. P. 33 and Defendant Terry Battle's ("Defendant Battle") motion for a new trial pursuant to FED. R. CRIM. P. 33; and after further reviewing all submissions; and for the reasons stated in the Court's Opinion issued on this day;

IT IS on this   15th   day of October, 2008;

**ORDERED** Defendant Orozco's motion for a new trial pursuant to Fed. R. Crim. P. 33 is **denied**; and it is further

**ORDERED** Defendant Battle's motion for a new trial pursuant to Fed. R. Crim. P. 33 is **denied**.

                                               S/ Dennis M. Cavanaugh
                                               Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:          All Counsel of Record
               The Honorable Mark Falk, U.S.M.J.
               File